## Lila McDermott et al., Heirs, Defendants in Error, v. Donald K. Hoops, Plaintiff in Error.

### Gen. No. 21,552.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. GEORGE J. COW-ING, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed April 10, 1916. Rehearing denied April 24, 1916.

### Statement of the Case.

Action by Lila McDermott *et al.*, heirs at law of Hannah M. Conroy, deceased, against Donald K. Hoops, defendant, for rent of premises under a written lease between deceased and defendant. From a judgment for two hundred dollars in favor of plaintiffs, defendant brings error.

THOMPSON & HUBBARD, for plaintiff in error.

H. P. TUCHSCHERER, for defendants in error.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. EXECUTORS AND ADMINISTRATORS, § 124*—*when heirs of deceased lessor may bring action for rent.* After the decease of lessor his real estate passes to her heirs and thereafter they are entitled to bring suit for the rent, and suit need not be brought by the administrator.

2. WITNESSES, § 1127*—*when party may not testify as to transactions with deceased person against heirs.* In an action for rent by the heirs of deceased lessor, where it is conceded by plaintiffs that if defendant were present he would testify to the poor condition of the heating apparatus in the house and to other matters set out in his affidavit of defense, under the statute on evidence and depositions, Hurd's Rev. St., ch. 51, sec. 2 (J. & A. ¶ 5519), *held* that he would not be permitted to testify to such facts occurring before the death of lessor.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.